UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LINDA M. (POSKAS) MEADOWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:04-CV-483 |
| ) | (Guyton) |
| NATIONWIDE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 14]. The Court conducted a pretrial conference on September 26, 2005.

The parties have advised the Court that this case has been settled. Accordingly, Plaintiff's Motions in Limine [Docs. 20, 22, 26, 32] and Defendant's Motions in Limine [Docs. 38, 40] are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**ENTER:**

    s/ H. Bruce Guyton
United States Magistrate Judge